IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES L. TATE,

    Plaintiff,

v.                              CASE NO. 4:18cv423-RH/CAS

CHIEF JUSTICE JORGE LABARGA
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11, and the objections, ECF No. 14. I have reviewed de novo the issues raised by the objections.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice based on 28 U.S.C. § 1915(g)." The clerk must close the file.

SO ORDERED on January 20, 2019.

                                s/Robert L. Hinkle
                                United States District Judge